

# Fourth Court of Appeals
## San Antonio, Texas

January 9, 2018

No. 04-17-00618-CV

Dina P. **CISNEROS-BONNETTE,**
Appellant

v.

Emcel P. **BONNETTE,** Jr.,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-11830
Honorable Solomon Casseb, III, Judge Presiding

# O R D E R

By order dated November 29, 2017, Ms. Kayleen Rivera was ordered to file her portion of the reporter's record in this appeal no later than December 29, 2017. On January 3, 2018, Ms. Rivera called to inform the court that she was ill and would file a notification of late record by January 8, 2018. On January 8, 2018, Ms. Rivera filed a notification of late record stating she had been extremely ill with the flu and requested an extension of time to file the record. The notification of late record is NOTED, and the requested extension is GRANTED. Ms. Rivera's portion of the reporter's record must be filed in this appeal no later than January 31, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of January, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court